UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Noel Lafayette,<br><br>                       Plaintiff,<br>v.<br><br>GC Services, L.P.; and DOES 1-10, inclusive,<br><br>                       Defendants. | Civil Action No.: 3:09-cv-01999-CSH |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 26, 2010

                                                  Respectfully submitted,

                                                  PLAINTIFF, Noel Lafayette

                                                  /s/ Sergei Lemberg

                                                  Sergei Lemberg, Esq.
                                                  Bar No.: 425027
                                                  LEMBERG & ASSOCIATES L.L.C.
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile: (877) 795-3666
                                                  slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.